# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09-00001-CT |
| | ) | |
| Plaintiff, | ) | ORDER OF DETENTION |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| MAGON ROBLES, | ) | |
| Defendant. | ) | |
| | ) | |

A.

On motion of the Government involving an alleged violation of conditions of release issued by Magistrate Judge Victor Kenton,

B.

The court finds there is clear and convincing evidence that the defendant has violated conditions of release; the defendant is unlikely to abide by any condition or combination of conditions of release; and, there are no conditions of release that will assure that the defendant will not flee.

1  (x)  IT IS ORDERED defendant be detained prior to sentencing.  <u>See</u>
2       18 U.S.C. §§ 3142, 3143, 3148.
3          DATED: June 3, 2009

                                    *CAROLYN TURCHIN*
                                    CAROLYN TURCHIN
                                    U.S. MAGISTRATE/DISTRICT JUDGE